MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13ARX, by U.S. Bank National Association, as Trustee, Respondent, v MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as Successor in Interest to MORGAN STANLEY MORTGAGE CAPITAL, INC., Appellant.

Submitted February 21, 2017; decided March 23, 2017

Motion by Securities Industry and Financial Markets Association for leave to file a letter brief amicus curiae on the appeal herein granted and the proposed letter brief is accepted as filed.

Chief Judge DiFIORE and Judge GARCIA taking no part.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted February 21, 2017; decided March 23, 2017

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFIORE taking no part.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted March 13, 2017; decided March 23, 2017

Motion by Alan A. Pfeffer et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Chief Judge DiFiore taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYATTA GARNER, Appellant.

Submitted March 20, 2017; decided March 23, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Chief Judge DiFiore taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANZE R. MASON, Appellant.

Submitted March 30, 2017; decided March 23, 2017

On the Court's own motion, appeal dismissed upon the ground that the criminal prosecution abated by reason of defendant's death (see People v Ortiz, 77 NY2d 821 [1990]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. ST. IVES, Appellant.

Submitted February 27, 2017; decided March 23, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO SANTI, Appellant.

Submitted March 13, 2017; decided March 23, 2017